**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CURTIS THOMAS,                    :        Civil No. 3:25-cv-1145
                                  :
              Plaintiff           :        (Judge Mariani)
                                  :
      v.                          :
                                  :
SERGEANT KOLENO, *et al.*,        :
                                  :
              Defendants          :

<u>ORDER</u>

**AND NOW**, this _____ day of July, 2025, upon preliminary consideration of

Plaintiff's complaint (Doc. 1), and in accordance with the Memorandum of the same date, **IT**

**IS HEREBY ORDERED THAT**:

1.   The application to proceed *in forma pauperis* is **GRANTED**.  (Doc. 2).

2.   Plaintiff shall pay the full filing fee of $350.00, based on the financial
     information provided in the application to proceed *in forma pauperis*.  The full
     filing fee shall be paid regardless of the outcome of the litigation.

3.   Pursuant to 28 U.S.C. § 1915(b)(1) and (2), the Superintendent/Warden, or
     other appropriate official at Plaintiff's place of confinement is directed to
     deduct an initial partial filing fee of 20% of the greater of:

     a.   The average monthly deposits in the inmate's prison account for the
          past six months, or

     b.   The average monthly balance in the inmate's prison account for the
          past six months.

     The initial partial filing fee shall be forwarded to the Clerk of the United States
     District Court for the Middle District of Pennsylvania, P.O. Box 1148,
     Scranton, Pennsylvania, 18501-1148, to be credited to the above-captioned

docket number.  In each succeeding month, when the amount in Plaintiff's inmate trust fund account exceeds $10.00, the Superintendent/Warden, or other appropriate official, shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Plaintiff's inmate trust fund account until the fees are paid.  Each payment shall reference the above-captioned docket number.

4.    The Clerk of Court is directed to **SEND** a copy of this Order to the Superintendent/Warden of the institution wherein Plaintiff is presently confined.

5.    The complaint (Doc. 1) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B).

6.    The Clerk of Court is directed to **CLOSE** this case.

7.    Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. 1915(a)(3).

Robert D. Mariani
United States District Judge

2